893 A.2d 720

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FREDERICK D. PARRISH, DEFENDANT–
PETITIONER.

February 16, 2006.

893 A.2d 720

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. VANCLEVE ASHLEY, DEFENDANT–
RESPONDENT.

February 23, 2006.

893 A.2d 721

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. K. L., DEFENDANT–RESPONDENT.

February 23, 2006.

ORDERED that the petition for certification is granted, limited solely to that portion of the judgment of the Appellate Division

that remanded the matter for resentencing on the first-degree aggravated sexual assault conviction and, in respect of that issue, the judgment of the Appellate Division is summarily reversed, and the sentence imposed by the trial court is reinstated because it is consistent with this Court's decision in *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).